UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA MELISANDE ALTHEIMER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BELINDA STEWART, ) <br> ) <br> Respondent. ) <br> _____) | CASE NO.   C05-1580-RSM <br><br> ORDER DISMISSING § 2254 <br> PETITION WITH PREJUDICE |

The Court, having reviewed petitioner's federal habeas petition, the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, the Objections thereto, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus is DISMISSED, with prejudice, under 28 U.S.C. § 2244(d).

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 8th day of September, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE